# United States District Court
## Northern District of Illinois
### Eastern Division

USA                         **JUDGMENT IN A CIVIL CASE**

v.                         Case Number: 04 C 4585

First American Bank

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the parties having entered into a consent order, this matter is hereby dismissed. The Court shall retain jurisdiction for the duration of the consent order to enforce the terms of the order, after which time the case shall be dismissed with prejudice.

DOCKETED
JUL 19 2004

Michael W. Dobbins, Clerk of Court

Date: 7/16/2004

Michael A. Wing, Deputy Clerk