IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04 C 4585 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| FIRST AMERICAN BANK, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the Parties' Joint Motion to Terminate the Consent Order entered in this matter by this Court on July, 16, 2004, it is:

ORDERED that the Joint Motion to Terminate the Consent Order be and hereby is GRANTED; and it is

FURTHER ORDERED that the Consent Order be and it is hereby terminated; and it is

FURTHER ORDERED and ADJUDGED that this case be and it is hereby DISMISSED with prejudice.

SO ORDERED this ___ day of _____, 2009.

_____
Samuel Der-Yeghiayan
United States District Judge